IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Actions: 14-cv-02885-MSK-NYW | Date: July 13, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| BISON DESIGNS, LLC, | *Laura E. Liss* |
| **Plaintiff,** | |
| v. | |
| LEJON OF CALIFORNIA, INC., | *Craig J. Mariam* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 2:03 p.m.

Appearance of counsel.

Discussion held on Stipulated Motion to Modify Scheduling Order [48] filed on June 30, 2015. The Parties indicate that because of the upcoming private mediation and the scope and cost of expert witness designation, they request that the Scheduling Order to be modified to allow fact discovery to close prior to expert discovery. Given the trademark issues raised in this case may require surveys to be completed prior to an expert report, the court finds good cause to permit the Parties to revise the Scheduling Order to have expert discovery conducted after the close of fact discovery.

**ORDERED:   Stipulated Motion to Modify Scheduling Order [48] is GRANTED in PART and DENIED in PART. The court allows an extension of thirty days. The Scheduling Order is modified as follows:**

   **Fact Discovery cut-off: September 25, 2015;**

---

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

    **Expert witness designation: October 16, 2015;**
    **Rebuttal witness designation: November 13, 2015;**
    **Expert discovery deadline:  December 11, 2015; and**
    **Dispositive motion deadline:  January 15, 2016.**
    **Written discovery is due 45 days prior to the fact discovery cut off.**

Court in Recess:  2:12 a.m.   Hearing concluded.   Total time in Court:  00:09