IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02885-MSK-NYW

BISON DESIGNS, LLC.,

        Plaintiff,

v.

LEJON OF CALIFORNIA, INC.,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #74**) filed on March 14, 2016, adopting the recommendation issued by the Magistrate Judge (**Doc. #68**) and Granting the Motion to Dismiss (**Doc. #50**), it is

ORDERED that:

The Recommendation of Magistrate Judge Wang (**Doc. #68**) is **ADOPTED** in accordance with (**Doc. #74**) as follows:

Judgment is entered in favor of Lejon on BD's claims and in favor of Lejon on its Counterclaim for a declaration of non-infringement, with costs pursuant to Fed. R. Civ. P. 54(d)(1).

Judgment is entered in favor of BD on Lejon's counterclaims for invalidity and cancellation, with costs pursuant to Rule 54(d)(1).

The case will be closed.

Dated this 15th day March, 2016.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk